[No. 7756–6–II.  Division Two.  November 19, 1986.]

KENNETH L. HAWORTH, *Appellant,* v. TRUSS–SPAN CORPORATION, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce

County, No. 302940, E. Albert Morrison, J., entered April 12, 1984. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Alexander, JJ.